**IT IS ORDERED as set forth below:**



Date: March 25, 2019

_Edward J. Coleman, III_
Chief United States Bankruptcy Court Judge

___

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Georgia**

In re:

**Shelton A. Phelps aka Shelton Aubrey Phelps**

Debtor(s)

Case No.: **18-10195-SDB**

Judge: **Edward J. Coleman**

Chapter: **13**

### ORDER ON MOTION FOR RELIEF FROM STAY
(Official Local Form B-55)

MOVANT: **SunTrust Bank**

SUBJECT PROPERTY: **1895 Neptune Drive, Augusta, Georgia 30906**

After notice and a hearing the Motion is ordered:

☐ Granted
 ☐ The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within ____ days of this order.

 ☐ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Continued to _____ at _____ ☐ am ☐ pm

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post-petition payment history to opposing counsel.

☐ Denied.

☒ Denied on the condition that:

  ☒ The Debtor shall make timely post-petition payments to Movant as required by the Chapter 13 plan.

  ☒ The Debtor shall tender payments to Movant or take other action as follows:

   Post-petition arrearage is __$816.49__ through the _03/01/19_ payment due date, plus attorney's fees of __$0.00__ and court costs of __$0.00__ for a total arrearage of __$816.49__.

☒ Debtor shall pay to Movant the sum of __$500.00__ on or before __March 5, 2019__ which sum shall be applied to the above-referenced total arrearage.

☒ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of __$52.75__ per month beginning __April 15, 2019__ and continuing on the __15th__ day of each successive month thereafter, with a final additional payment of __$52.74__ being due on or before __September 15, 2019__.

☒ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning __April 1, 2019__, and maintain current monthly payments thereunder for the pendency of this case. All payments must include the last four digits of the account number __5943__ and shall be sent to the following address, depending on the type of payment:

> **SunTrust Bank**
> **PO Box 27767**
> **Bankruptcy Department RVW 3034**
> **Richmond, VA 23261**

STRICT COMPLIANCE IS ORDERED as follows:

☒ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the fact of default, an order will be entered lifting the automatic stay, ~~converting the case to a Chapter 7 or dismissing the case~~ without further motion, notice or hearing.

☒ The strict compliance provision of this Order shall expire on __04/01/2020__.

☒ Other provisions:

WRITTEN 10-DAY RIGHT-TO-CURE

In the event relief from stay is granted under the strict compliance provisions, then movant's claims are reduced to the amount paid.

**NOTE TO COUNSEL: THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.**

[END OF DOCUMENT]

| /s/ Mallory Velten | | | |
|---|---|---|---|
| Attorney for Movant | Attorney for Respondent/Debtor | Debtor | Trustee |
| Mallory Velten | Lee Ringdon | | Jane E. Miller |
| Name (print) | Name (print) | Name (print) | Attorney for Chapter 13 Trustee Huon Le |
| 726971 | 406750 | | GA. Bar No. 256304 |
| GA Bar No. | GA Bar No. | | |

Prepared by:

| | s/ Mallory Velten |
|---|---|
| Attorney Name | Mallory Velten |
| Attorney for | Movant |
| Bar Number | 726971 |
| Address | 4360 Chamblee Dunwoody Road, Suite 310 |
| City, St, Zip | Atlanta, GA 30341 |
| Telephone | 404-789-2661 |
| Email | GABKR@BrockandScott.com |

GASB-55e [Rev. 8/17]