IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Shelton A. Phelps, | ) Chapter 13 |
| | ) |
| Debtor. | ) Case No. 18-10195 SDB |
| | ) |

## DEBTOR'S RESPONSE TO

## MOTION FOR RELIEF FROM AUTOMATIC STAY

## FILED BY SUNTRUST BANK

### STATEMENT OF FACTS

The Debtor filed his petition for relief under chapter 13 on February 6, 2018.

On January 24, 2019, SunTrust Bank ("Movant") filed the present Motion for Relief from the Automatic Stay as to enforcement of its Security Deed against property located 1895 Neptune Drive, Augusta, Georgia 30906, alleging that the Debtor had defaulted in post-petition direct payments in the sum of $1,027.57.

The Motion was resolved and relief from the stay conditionally denied in a Consent Order signed by all interested parties, and entered March 25, 2019, providing that Debtor make additional payments to Movant in sum of $52.75 monthly, and recommence regular payments to Movant beginning April 1, 2019.

The Order further provided that, in the event the debtor failed to comply with the terms of the Order, Movant may file an affidavit establishing the default. Upon the expiration of fourteen days without the filing of a counter-affidavit by the Debtor disputing the fact of default, Movant would be entitled to a final order terminating the stay as to enforcement of Movant's rights in the

subject real property.

The Order further conditioned final relief from the Stay upon Movant giving Debtor "Written 10-day Right-to-Cure."

On October 10, 2019, Movant filed its Affidavit, sworn to September 19, 2019, alleging that Debtor had defaulted under the terms of the Order by failing to make the regular monthly installment of $406.87 for August, 2019, and that the total amount due under the terms of the Order was $511.10.

The Affidavit fails to state, however, and Movant fails to allege that it furnished Debtor with a written 10-day right-to-cure as required by the Order.

WHEREFORE, the relief sought in the Motion for Relief from the Automatic Stay should be denied.

Dated: October 16, 2019

/s/Lee Ringler

LEE RINGLER
Attorney for Debtor
Georgia Bar No. 606350
Suite 200, 808 Greene Street
Augusta, GA 30901
Telephone: (706) 724-4000
Email:  lringler@leeringler.com

CERTIFICATE OF SERVICE

I, Lee Ringler, counsel for the Debtor, do hereby certify that I have served a copy of the above and foregoing Debtor's Response to Motion for Relief from the Automatic Stay, upon Brock & Scott, PLLC, Attorneys for Movant at 4360 Chamblee Dunwoody Road, Ste. 310, Atlanta, GA 30341, and the Trustee in this case, by mailing a true and correct copy thereof, with proper postage affixed, to her at Post Office Box 2127, Augusta, GA 30903

This 16th day of October, 2019

/s/Lee Ringler

LEE RINGLER